**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FRANK W. ASKEW, JR.                                                                                      PLAINTIFF
ADC #82276

v.                                              NO. 5:08CV00094 JLH/HDY

RAY HOBBS, *et al.*                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion to dismiss and motion for judgment on the pleadings (docket entries #27 and #29) are DENIED.

DATED this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE