**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

FRANK W. ASKEW, JR.                                                                        PLAINTIFF
ADC #82276

v.                                          NO: 5:08CV00094 JLH

RAY HOBBS *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE for

failure to comply with Local Rule 5.5(c)(2).

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE